UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BACKJOY ORTHOTICS, LLC,

        Plaintiff,

        v.

CASE NO: 6:14-cv-00249-CEM-TBS

FORVIC INTERNATIONAL INC., WOOK YOON, and various JOHN DOES and JANE DOES, and ABC COMPANIES,

        Defendants.

**PLAINTIFF'S RESPONSE TO THE COURT'S ORDER FOR ALTERNATIVE SERVICE OF PROCESS DATED JULY 7, 2015**

Pursuant to the Court's Order dated July 7, 2015 (the "Order"), Plaintiff BackJoy Orthotics, LLC ("Plaintiff") through counsel, served Defendants, Forvic International, Inc. and Wook Yoon (collectively, the "Defendants") with the Summons, Complaint, Temporary Restraining Order ("TRO"), and the Order (collectively, the "Pleadings") as follows:

**Service via Email**

1. On July 7, 2015 Plaintiff sent the Pleadings to Defendants using a registered email service ("RPost") to the following email addresses:

    a. forvic@forvic.com. Plaintiff received a registered receipt confirming that the email was delivered to forvic@forvic.com. See delivery receipts attached hereto as **Exhibit A.**

    b. forvic@kornet.net. Plaintiff received a registered receipt confirming that the email was delivered to forvic@kornet.net. See **Exhibit B.**

  c.  sback@forvic.com. Plaintiff received a registered receipt confirming that the email was delivered sback@forvic.com. See **Exhibit C.**

2. On July 7, 2015, Plaintiff sent the Pleadings by email using RPost to Defendants' Korean Counsel, Byungjin Kim and Taejung Noh, at the following email addresses: psy1052@hanmail.net; unibjk@hanmail.net; uniteck@unitek.co.kr. On that same day, Plaintiff received a registered receipt from RPost confirming that the email was delivered to all three of the above-referenced email addresses. See **Exhibit D**.

3. On July 8, 2015, Plaintiffs received an email from attorney Byungjin Kim stating that his firm no longer represents Mr. Yoon and that Plaintiff's email and the attached Pleadings would therefore be discarded. Thereafter, Plaintiffs advised Byungjin Kim of the Court's Order to serve Mr. Yoon through his Korean Counsel and requested that they provide the names of Mr. Yoon's new counsel. Mr. Yoon's Korean counsel has not yet responded. (See email correspondence with Byungjin attached hereto as **Exhibit E**.)

4. In addition, Plaintiff requested Plaintiff's local counsel in Korea, Jay K. Lee ("Mr. Lee") to search the Korean Patent Office's records to determine whether Byungjin Kim and Taejung Noh had withdrawn from the proceeding.

5. On July 9, 2015, Mr. Lee advised Plaintiff's counsel that as of July 9, 2015, Byungjin Kim and Taejung Noh, both of whom received the Pleadings by email and via Korean Postal Express Mail as stated above and below, were still listed as counsel of record for Mr. Yoon in the Korean patent invalidation proceeding. (See Printed and translated record from the Korean patent office as of July 9, 2015 attached as **Exhibit F.** )

6.  Mr. Lee is currently investigating whether Mr. Yoon has appointed any other counsel, and if so, their identities. As of July 10, 2015, Mr. Lee has not been able to determine whether Mr. Yoon has appointed new counsel.

**Service via Express Mail from Korea**

1.  On July 8, 2015, Mr. Lee sent the Pleadings to Defendants through overnight express delivery services through the Korean Postal Service (with return receipt requested) as follows:

   a) The following four variations of Forvic's last known address:
      i.   3rd Fl. Euncheon Bldg. Soojeong-gu, Seongnamshi, Kyunggido, Korea 461-808
      ii.  3rd Fl. EunCheon B/D, 127, ShinHeung 2-Dong, Sujeong-Gu, SeongNam City, Kyung-Gi-Do, Korea
      iii. 3rd Flo, Oncheon Bldg., Shinheung 2-dong, Soojung-gu, Sungnam City 461-162
      iv.  Euncheon Bldg. 127, Sinheung 2(i)-dong, Sujeo, Songnam, Kyonggi, Korea

   b) The following three variations of Yoon's last known address:
      i.  Jookjeon First Heim Apartment, #203-804, Jookjeon 1-dong, Suji-gu, Yongin City, Korea 448-703.
      ii. 203-804 (Jukjeon-dong, Jukjeon Firstheim), 43 Daeji-ro, Suji-gu, Yongin-si, Gyunggi-do, Korea.

iii. 203-804 (Jukjeon-dong, Jukjeon Firstheim), 49 Daeji-ro, Suji-gu, Yongin-si, Gyunggi-do, Korea. [1]

c) The following two variations of Forvic S-Back Ltd.'s address:

i. 520-39 Opo-ro, Opo-eop, Gwangju City, Korea 464-894

ii. 39 Opororo 520 beon-gil, Opo-eup, Gyunggi-do, Korea

d) The address of Yoon's Korean Counsel:

i. 2F Yungjeon Bldg., 829-6 Yeoksam-Dong, Gangnam-Gu, Seoul 135-936, Republic of Korea.

2. On July 9, 2015, Mr. Lee tracked the various packages using the information provided by the Korean Postal Service and translated the same for Plaintiff's counsel and the Court's use. (Copies of the tracking information and status notifications along with translated copies thereof are attached hereto as **Exhibit G**.)

3. As of July 10, 2015, the above-referenced notifications provided as follows:

a) The Pleadings sent to Yoon's Korean counsel were delivered on July 9, 2015.

b) The Pleadings sent to Defendants to the two different variations of the address for Forvic S Back, Ltd in six different packages (two of which were addressed to Wook Yoon, two addressed to Forvinc International, Inc., and two addressed to Forvic S Back, Ltd) were attempted to be delivered but were refused by the <u>intended</u> recipient.

c) The Pleadings sent to each Defendant individually to the four variations of Forvic's last known address failed to be delivered

---

[1] Mr. Lee determined that there was a second variation of Mr. Yoon's address, which reads as "49 Daeji-ro" instead of "43 Daeji-ro." In an abundance of caution, the Pleadings were sent to this address as well.

because no one was present to accept delivery. The Korean Postal Service will make another attempt to deliver to these addresses.

d) The Pleading sent to Defendants at the three variations of Yoon's last known address failed because of the intended recipient was not present to accept delivery.

**Service via Federal Express from the United States**

1. On July 8, 2015, Plaintiff also sent the Pleadings to Defendants via Federal Express Priority international mail, signature required (see Federal Express receipts attached hereto as **Exhibit H**) as follows:

   a) To the following four variations of Forvic's last known address:

   i. 3rd Fl. Euncheon Bldg. Soojeong-gu, Seongnamshi, Kyunggido, Korea 461-808

   ii. 3rd Fl. EunCheon B/D, 127, ShinHeung 2-Dong, Sujeong-Gu, SeongNam City, Kyung-Gi-Do, Korea

   iii. 3rd Flo, Oncheon Bldg., Shinheung 2-dong, Soojung-gu, Sungnam City 461-162

   iv. Euncheon Bldg. 127, Sinheung 2(i)-dong, Sujeo, Songnam, Kyonggi, Korea

   b) To the following three variations of Yoon's last known address:

   i. Jookjeon First Heim Apartment, #203-804, Jookjeon 1-dong, Suji-gu, Yongin City, Korea 448-703.

   ii. 203-804 (Jukjeon-dong, Jukjeon Firstheim), 43 Daeji-ro, Suji-gu, Yongin-si, Gyunggi-do, Korea.

5

iii. 203-804 (Jukjeon-dong, Jukjeon Firstheim), 49 Daeji-ro, Suji-gu, Yongin-si, Gyunggi-do, Korea.[2]

c) To the following two variations of Forvic S-Back Ltd.'s address:

i. 520-39 Opo-ro, Opo-eop, Gwangju City, Korea 464-894

ii. 39 Opororo 520 beon-gil, Opo-eup, Gyunggi-do, Korea

d) To the address of Yoon's Korean Counsel:

i. 2F Yungjeon Bldg., 829-6 Yeoksam-Dong, Gangnam-Gu, Seoul 135-936, Republic of Korea.

2. As of July 10, 2015, the Federal Express tracking information indicates the following:

a) The Pleadings sent to the four variations of Forvic's last known address were attempted to be delivered on July 10, 2015 but failed because "business closed and/or recipient unavailable." A follow-up call on July 10, 2015, to FedEx confirmed that delivery failed because the recipient was not available. See **Exhibit I.** FedEx will be attempting delivery again on Monday July 13, 2015. As of July 10, 2014, Forvic's own website still lists the above-referenced addresses as its current address in Korea. See Screenshot of Forvic's website attached as **Exhibit J.**

---

[2] Mr. Lee determined that there was a second variation of Mr. Yoon's address, which reads as "49 Daeji-ro" instead of "43 Daeji-ro." In an abundance of caution, the Pleadings were sent to this address as well.

b) The Pleadings sent to Mr. Yoon's counsel in Korea were delivered but refused by the recipient. See **Exhibit K.**

c) The Pleadings sent to the three variations of Mr. Yoon's last known address are at Federal Express Facility in Korea and are expected to be delivered on July 13, 2015. See **Exhibit L.**

d) The Pleadings sent to the two variations of Forvic S Back, Ltd's address are still in transit and are expected to be delivered on July 13, 2015. See **Exhibit M.**

Respectfully submitted,

BACKJOY ORTHOTICS LLC

By its attorneys,

Jackson Adams
FL Bar Number 47970
Attorney For Plaintiff BackJoy Orthotics, LLC
Jackson W. Adams, P.A.
33 East Robinson St. Suite 206
Orlando, FL 32801
Telephone (407) 545-2249
Fax (407) 386-7915
E-mail: jadams@jwa-law.com

OF COUNSEL:

MCCARTER & ENGLISH, LLP
Harley I. Lewin
James H. Donoian
245 Park Avenue
New York, New York 10167

ME1 20739998v.1