UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BACKJOY ORTHOTICS, LLC,**

      **Plaintiff,**

v.                                              **Case No:  6:14-cv-249-Orl-41TBS**

**FORVIC INTERNATIONAL INC.,
WOOK YOON, JOHN DOES, JANE
DOES and ABC CORPORATIONS,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion for Entry of Default Judgment (Doc. 96). United States Magistrate Judge Thomas B. Smith submitted a Report and Recommendation (Doc. 97), recommending that Plaintiff's motion be granted in part and denied in part.

After a *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees with the analysis set forth in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 97) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Entry of Default Judgment (Doc. 96) is **GRANTED** as to Counts One, Two, Three, Four, and Seven and **DENIED** as to Counts Five, Six, Eight, and Nine.

3. The Clerk shall enter judgment for Plaintiff and against Defendants as to Counts One, Two, Three, Four, and Seven. Thereafter, the Clerk is directed to close this case.

4. Defendants are permanently enjoined from manufacturing, marketing, distributing, shipping, offering for sale, or selling any products developed through the use of Plaintiff's trade secrets, including the "S-Back" product; disclosing Plaintiff's proprietary or trade secret information to others, including but not limited to Defendants' manufacturers; and using in connection with the sale of any goods any artwork that incorporates protectable elements of Plaintiff's copyrighted material.

5. Plaintiff may file a motion for fees and costs **on or before March 14, 2017**.

**DONE** and **ORDERED** in Orlando, Florida on February 28, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party