UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BACKJOY ORTHOTICS, LLC,**

    **Plaintiff,**

v.   Case No:  **6:14-cv-249-Orl-41TBS**

**FORVIC INTERNATIONAL INC.,
WOOK YOON, JOHN DOES, JANE
DOES and ABC CORPORATIONS,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Motion for Attorney's Fees (Doc. 103). United States Magistrate Judge Thomas B. Smith submitted a Report and Recommendation (Doc. 104), recommending that the Court grant the motion in part and enter judgment for Plaintiff and against Defendants, jointly and severally, in the amount of $68,256.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the Report and Recommendation. It is therefore **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 104) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Attorney's Fees (Doc. 103) is **GRANTED in part**.

3. The Clerk is directed to enter judgment for Plaintiff and against Defendants, jointly and severally, in the amount of $68,256. Thereafter, the Clerk shall close this case.

**DONE** and **ORDERED** in Orlando, Florida on July 17, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties